PETER ZAPP, Respondent, v. VICTORIA ZAPP, Appellant.— Judgment of separation reversed upon the law and the facts, with costs, and complaint dismissed, with costs. An examination of the proof adduced on the trial shows that it is insufficient to sustain the finding that defendant abandoned plaintiff with that degree of finality entitling plaintiff to a decree of separation. Findings inconsistent with this decision are reversed, and a new finding, that defendant had not abandoned plaintiff, should be made by the court. (*Bohmert* v. *Bohmert*, 241 N. Y. 446, 451; *Silberstein* v. *Silberstein*, 218 id. 525.)    Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ., concur. Settle order on notice.

JULIA ZIMMERMAN, Respondent, v. PAUL MENDELSOHN, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

In the Matter of the Application of JOHN J. KEENEN for Admission to the Bar. (From the District of Columbia.) — Application granted. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

In the Matter of the Application of LOUIS LIEBERMAN for Admission to the Bar. (From the State of California.) — Application granted. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

In the Matter of the Application of WILLIAM SCHOBINGER for Admission to the Bar. (From the State of Illinois.) — Application granted. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

Pursuant to the provisions of Rule 1 of the Rules of Civil Practice, Hon. CHARLES N. WYSONG, of Port Washington, in the county of Nassau, has been appointed a member of the Committee on Character and Fitness of Applicants for Admission to the Bar in and for the Second Judicial District, in place of Hon. TOWNSEND SCUDDER, resigned, to hold office during the pleasure of the Court, such appointment to take effect March 17, 1927.    Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

ROSE M. PALMER and Another, Appellants, v. ROTARY REALTY CO., INC., and Others, Respondents.— Motion to compel entry and service of orders denied. These orders have been entered by the clerk in accordance with the procedure, and are on file in the clerk's office.    Present — Kelly, P. J., Young, Lazansky and Hagarty, JJ.; Kapper, J., taking no part.

ANDREW ZYGMAN, Respondent, v. ALFRED HOWARD RENSHAW, Appellant.— Motion to dismiss appeal from judgment granted, upon the ground that said appeal was not taken in time. This leaves the appeal from the order unaffected. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

RICHARD BURFIEND, Respondent, v. BROOKLYN, QUEENS COUNTY AND SUBURBAN RAILROAD COMPANY, Appellant.— Judgment reversed upon the law and new trial granted, costs to abide the event, upon authority of *Plant & Ahrens, Inc.*, v. *Brooklyn, Queens County & Suburban Railroad Co.* [*post*, p. 836], decided herewith. Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ., concur.